**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03202-BNB

BENJAMIN L. VASQUEZ,

    Applicant,

v.

NO NAMED RESPONDENT,

    Respondent.

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

    Applicant, Benjamin L. Vasquez, a federal prisoner currently housed in the State of Colorado, originally filed a Letter in the United States District Court for the District of Texas (Northern District of Texas). The Northern District of Texas determined that venue in the instant action properly lies in the United States District Court for the District of Colorado because Applicant is attacking the manner in which his sentence is being executed and his claims more properly are filed in a 28 U.S.C. § 2241 action in the jurisdiction where he is incarcerated. On December 4, 2012, the Northern District of Texas transferred the action to this Court.

    As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  X   is not submitted
(2)  ___  is missing affidavit
(3)  X   is missing certified copy of prisoner's trust fund statement showing the current balance in his inmate trust fund account
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the Court's current form)
(7)  ___  Names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the Court. Only an original has been received.
(9)  ___  Other _____

**Complaint, Petition or Application**:
(10) X   is not submitted
(11) ___  is not on proper form (must use the Court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  Uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___  Names in caption do not match names in text
(18) ___  Other _____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Court-approved 28 U.S.C. § 2241 Application form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 7, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge