IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03202-BNB

BENJAMIN L. VASQUEZ,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

---

ORDER OF DISMISSAL

---

    Applicant, Benjamin L. Vasquez, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. Mr. Vasquez, acting *pro se*, initiated this action by submitting a Letter in the United States District Court for the Northern District of Texas (Northern District of Texas). The Northern District of Texas determined that venue in the instant action properly lies in this Court because Mr. Vasquez is attacking the manner in which his sentence is being executed. On December 4, 2012, the Northern District of Texas transferred the action to this Court.

    On December 7, 2012, Magistrate Judge Boyd N. Boland instructed Mr. Vasquez to cure certain deficiencies if he wished to pursue his claims in this Court. Specifically, Magistrate Judge Boland ordered Mr. Vasquez to file his claims on a Court-approved form used in filing § 2241 actions in this Court and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action. Mr. Vasquez was

warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Vasquez has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. The action will be dismissed for failure to comply with the December 7, 2012 Order.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Vasquez files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this 17th day of January, 2013.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court